IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NORTHLAND CASUALTY COMPANY**                                 **PLAINTIFFS**

**VS.**                     **CASE NO. 4:06CV00731 JMM**

**ROCKY HARRELL D/B/A ROCKY HARRELL**
**FARMS, ET AL.**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that there exists no coverage under policy No. CT117470 effective March 7, 2002 to March 7, 2003 for claims arising from the fatal injuries to Floyd Meeks on October 4, 2002 as asserted in the complaint filed in Pulaski Circuit Court in *Meeks v. Bridgestone/Firestone North American Tire, LLC et al.*, civil action CV05-9275.

IT IS SO ORDERED this __14__ day of August, 2007.

_____
James M. Moody
United States District Judge